UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    Bankr. Case No. 26-11490-DJB-13

Twanda R. Allen                                                                             Chapter 13
         Debtor(s)

**REQUEST FOR NOTICE**


Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096


By  /s/  Mandy Youngblood


 Mandy Youngblood
 PO Box 183853
 Arlington, TX  76096
 877-203-5538
 877-259-6417
 Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                     Bankr. Case No. 26-11490-DJB-13

Twanda R. Allen                                                              Chapter 13
         Debtor(s)


**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on April 29, 2026 :

ZACHARY PERLICK                          Kenneth E West
1420 Walnut Street                       Office of the Chapter 13 Standing Trustee
Suite 718                                190 N. Independence Mall West, Suite 701
Philadelphia, PA 19102                   Philadelphia, PA 19106


By  /s/  Mandy Youngblood
         Mandy Youngblood


xxxxx46981 / 1131551