UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

IN RE:      (Debtors' names)                                CHAPTER 13

Twanda R Allen                                             CASE NO: 26-11490

## NOTICE OF CHANGE OF ADDRESS FOR **CREDITOR**

| | |
|---|---|
| **Business Name or Full Name of Creditor** (please print legibly or type):<br><br>TD Bank USA, N.A. | |
| **Old Payment Address** (or address to be replaced):<br><br>TD Bank/Target Credit<br>7000 Target Parkway North<br>7MS-NCB-0464<br>Saint Paul, MN 55145-0001 | **New Payment Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Weinstein & Riley, P.S.<br>P.O. Box 93024<br>Las Vegas, NV 89193-3024 |
| **Old Notice Address** (or address to be replaced):<br><br>TD Bank/Target Credit<br>7000 Target Parkway North<br>7MS-NCB-0464<br>Saint Paul, MN 55145-0001 | **New Notice Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Weinstein & Riley, P.S.<br>749 Gateway<br>Suite G-601<br>Abilene, TX 79602 |
| Date: 05/20/2026 | /s/ Jordan Morrison<br>**Signature of person submitting change of address**<br>Name: Jordan Morrison<br>Address: c/o Weinstein & Riley, P.S.<br>749 Gateway, Suite G-601<br>Abilene, TX 79602<br>Phone #: (877) 332-3543 |

**THIS CHANGE APPLIES TO (CHECK ONE): X_____ THIS CASE ONLY;**
**AT PRIOR ADDRESS.**

48272294