**Fairview Rehab and Care Center**
184 Bethlehem Pike
Philidelphia, PA 19118

| | |
|---|---|
| Voucher Date | 02/20/2026 |
| Voucher Number | 1186 |

***** This is not a check *****

Direct Deposit Amount      $ ******1091.22

4151FA 600529 1186 3

Pay to
the order of:      **Twanda Allen**
214 E Cheltenham Ave
Philadelphia, PA 19120

---

**Fairview Rehab and Care Center**
184 Bethlehem Pike
Philidelphia, PA 19118

Twanda Allen

| | | | | |
|---|---|---|---|---|
| Employee Id | 600529 | Check Date | 02/20/2026 |
| Hire Date | 07/15/2021 | Period Begin | 02/01/2026 |
| Employee Status | A | Period End | 02/14/2026 |

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular Pay | 67.06 | 18.45 | 1,237.28 | 2,481.38 |
| SDEVE 3p11p | 66.73 | 2.00 | 133.46 | 267.78 |
| SDNGT11p-7pm | 0.24 | 1.50 | 0.37 | 0.60 |
| SD_UN_WKND | 0.03 | 0.35 | 0.01 | 0.05 |
| | 134.06 | | 1,371.12 | 2,749.81 |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income Tax | S-0 | 1,371.12 | 80.69 | 125.74 |
| Social Security | | 1,371.12 | 85.01 | 170.49 |
| Medicare | | 1,371.12 | 19.88 | 39.87 |
| Pennsylvania SITW | S-0 | 1,371.12 | 42.09 | 84.41 |
| PA SUI - EE | | 1,371.12 | 0.95 | 1.92 |
| Philadelphia C. (Philade | | 1,371.12 | 51.28 | 102.84 |
| | | | 279.90 | 525.27 |

## Other Info

| Direct Deposits | | Amount |
|---|---|---|
| PNCBANK, NATIONAL AS | ***8564 | 1,091.22 |
| | | 1,091.22 |

| Time Off Balances | Balance |
|---|---|
| PTO | 4.38 |
| Union PTO | 0.29 |
| Vacation | 3.16 |

## Statement Summary

| | |
|---|---|
| Gross Pay | 1,371.12 |
| Federal Taxes | -185.58 |
| State and Local Taxes | -94.32 |
| Other Deductions | 0.00 |
| Net Pay | 1,091.22 |
| Direct Deposits | 1,091.22 |
| Net Check | 0.00 |

| Punches | Day | In | Out |
|---|---|---|---|
| 02/01 | Sun | 03:01PM | 07:01PM |
| 02/01 | Sun | 07:31PM | 11:00PM |
| 02/01 | Sun | 07:31PM | 11:01PM |
| 02/01 | Sun | 11:00PM | 11:01PM |
| 02/02 | Mon | 03:18PM | 07:18PM |
| 02/02 | Mon | 07:48PM | 11:00PM |
| 02/02 | Mon | 07:48PM | 11:04PM |
| 02/02 | Mon | 11:00PM | 11:04PM |
| 02/04 | Wed | 03:14PM | 07:14PM |
| 02/04 | Wed | 07:44PM | 11:00PM |
| 02/04 | Wed | 07:44PM | 11:05PM |
| 02/04 | Wed | 11:00PM | 11:05PM |
| 02/06 | Fri | 03:01PM | 07:01PM |
| 02/06 | Fri | 07:31PM | 11:00PM |
| 02/06 | Fri | 07:31PM | 11:01PM |
| 02/06 | Fri | 11:00PM | 11:01PM |
| 02/09 | Mon | 03:05PM | 07:05PM |
| 02/09 | Mon | 07:35PM | 11:00PM |
| 02/09 | Mon | 07:35PM | 11:00PM |
| 02/10 | Tue | 03:03PM | 07:03PM |
| 02/10 | Tue | 07:33PM | 11:00PM |
| 02/10 | Tue | 07:33PM | 11:01PM |
| 02/10 | Tue | 11:00PM | 11:01PM |
| 02/11 | Wed | 03:01PM | 07:01PM |
| 02/11 | Wed | 07:31PM | 11:00PM |
| 02/11 | Wed | 07:31PM | 11:00PM |
| 02/12 | Thu | 02:57PM | 06:57PM |
| 02/12 | Thu | 03:00PM | 06:57PM |
| 02/12 | Thu | 07:27PM | 10:57PM |
| 02/14 | Sat | 02:58PM | 03:00PM |
| 02/14 | Sat | 02:58PM | 06:58PM |
| 02/14 | Sat | 03:00PM | 06:58PM |
| 02/14 | Sat | 07:28PM | 11:00PM |
| 02/14 | Sat | 07:28PM | 11:02PM |
| 02/14 | Sat | 11:00PM | 11:02PM |

**Fairview Rehab and Care Center**
184 Bethlehem Pike
Philidelphia, PA 19118

| | |
|---|---|
| **Voucher Date** | 03/06/2026 |
| **Voucher Number** | 1275 |

***** This is not a check *****

**Direct Deposit Amount**   $ ******1145.46

4151FA 600529 1275 3

Pay to the order of:  **Twanda Allen**
214 E Cheltenham Ave
Philadelphia, PA 19120

---

**Fairview Rehab and Care Center**
184 Bethlehem Pike
Philidelphia, PA 19118

Twanda Allen

| | | | |
|---|---|---|---|
| Employee Id | 600529 | Check Date | 03/06/2026 |
| Hire Date | 07/15/2021 | Period Begin | 02/15/2026 |
| Employee Status | A | Period End | 02/28/2026 |

Voucher Number: 1275

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Health Reimbursement | 67.37 | 1.00 | 67.37 | 67.37 |
| Regular Pay | 67.37 | 18.45 | 1,243.00 | 3,724.38 |
| SDEVE 3p11p | 67.28 | 2.00 | 134.56 | 402.34 |
| SDNGT11p-7pm | 0.02 | 1.50 | 0.03 | 0.63 |
| SD_UN_WKND | 0.03 | 0.35 | 0.01 | 0.06 |
| | 202.07 | | 1,444.97 | 4,194.78 |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income Tax | S-0 | 1,444.97 | 89.55 | 215.29 |
| Social Security | | 1,444.97 | 89.59 | 260.08 |
| Medicare | | 1,444.97 | 20.95 | 60.82 |
| Pennsylvania SITW | S-0 | 1,444.97 | 44.36 | 128.77 |
| PA SUI - EE | | 1,444.97 | 1.02 | 2.94 |
| Philadelphia C. (Philade | | 1,444.97 | 54.04 | 156.88 |
| | | | 299.51 | 824.78 |

## Other Info

| Direct Deposits | | Amount |
|---|---|---|
| PNCBANK, NATIONAL AS | ****8564 | 1,145.46 |
| | | 1,145.46 |

| Time Off Balances | Balance |
|---|---|
| PTO | 8.79 |
| Union PTO | 5.50 |
| Vacation | 8.34 |

## Statement Summary

| | |
|---|---|
| Gross Pay | 1,444.97 |
| Federal Taxes | -200.09 |
| State and Local Taxes | -99.42 |
| Other Deductions | 0.00 |
| Net Pay | 1,145.46 |
| Direct Deposits | 1,145.46 |
| Net Check | 0.00 |

| Punches | Day | In | Out |
|---|---|---|---|
| 02/15 | Sun | 02:58PM | 03:00PM |
| 02/15 | Sun | 02:58PM | 06:58PM |
| 02/15 | Sun | 03:00PM | 06:58PM |
| 02/15 | Sun | 07:28PM | 10:58PM |
| 02/16 | Mon | 03:00PM | 07:00PM |
| 02/16 | Mon | 07:30PM | 11:00PM |
| 02/16 | Mon | 07:30PM | 11:00PM |
| 02/18 | Wed | 02:59PM | 06:59PM |
| 02/18 | Wed | 03:00PM | 06:59PM |
| 02/18 | Wed | 07:29PM | 10:59PM |
| 02/19 | Thu | 03:00PM | 07:00PM |
| 02/19 | Thu | 07:30PM | 11:00PM |
| 02/19 | Thu | 07:30PM | 11:00PM |
| 02/20 | Fri | 03:02PM | 07:02PM |
| 02/20 | Fri | 07:32PM | 11:00PM |
| 02/24 | Tue | 03:01PM | 07:01PM |
| 02/24 | Tue | 07:31PM | 11:00PM |
| 02/24 | Tue | 07:31PM | 11:01PM |
| 02/24 | Tue | 11:00PM | 11:01PM |
| 02/25 | Wed | 03:01PM | 07:01PM |
| 02/25 | Wed | 07:31PM | 10:57PM |
| 02/26 | Thu | 02:59PM | 06:59PM |
| 02/26 | Thu | 03:00PM | 06:59PM |
| 02/26 | Thu | 07:29PM | 10:57PM |
| 02/28 | Sat | 12:00AM | 12:00AM |
| 02/28 | Sat | 03:00PM | 07:00PM |
| 02/28 | Sat | 07:30PM | 11:00PM |
| 02/28 | Sat | 07:30PM | 11:00PM |

**Fairview Rehab and Care Center**
184 Bethlehem Pike
Philidelphia, PA 19118

| Voucher Date | Voucher Number |
|---|---|
| 03/20/2026 | 1362 |

***** This is not a check *****

| Direct Deposit Amount | $ ******1145.18 |
|---|---|

4151FA 600529 1362 3

Pay to
the order of:
**Twanda Allen**
214 E Chetenham Ave
Philadelpha, PA 19120

---

**Fairview Rehab and Care Center**
184 Bethlehem Pike
Philidelphia, PA 19118

Twanda Allen

| | | | Voucher Number: 1362 |
|---|---|---|---|
| Employee Id | 600529 | Check Date | 03/20/2026 |
| Hire Date | 07/15/2021 | Period Begin | 03/01/2026 |
| Employee Status | A | Period End | 03/14/2026 |

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Health Reimbursement | 67.35 | 1.00 | 67.35 | 134.72 |
| Regular Pay | 67.35 | 18.45 | 1,242.61 | 4,966.99 |
| SDEVE 3p11p | 67.24 | 2.00 | 134.48 | 536.82 |
| SDNGT11p-7pm | 0.09 | 1.50 | 0.14 | 0.77 |
| SD_UN_WKND | | | 0.00 | 0.06 |
| | 202.03 | | 1,444.58 | 5,639.36 |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income Tax | S-0 | 1,444.58 | 89.50 | 304.79 |
| Social Security | | 1,444.58 | 89.56 | 349.64 |
| Medicare | | 1,444.58 | 20.95 | 81.77 |
| Pennsylvania SITW | S-0 | 1,444.58 | 44.35 | 173.12 |
| PA SUI - EE | | 1,444.58 | 1.01 | 3.95 |
| Philadelphia C. (Philade | | 1,444.58 | 54.03 | 210.91 |
| | | | 299.40 | 1,124.18 |

## Other Info

| Direct Deposits | | Amount |
|---|---|---|
| PNCBANK, NATIONAL AS | ***8564 | 1,145.18 |
| | | 1,145.18 |

| Time Off Balances | Balance |
|---|---|
| Union PTO | 7.32 |
| Vacation | 10.93 |

## Statement Summary

| | |
|---|---|
| Gross Pay | 1,444.58 |
| Federal Taxes | -200.01 |
| State and Local Taxes | -99.39 |
| Other Deductions | 0.00 |
| Net Pay | 1,145.18 |
| Direct Deposits | 1,145.18 |
| Net Check | 0.00 |

| Punches | Day | In | Out |
|---|---|---|---|
| 03/01 | Sun | 12:00AM | 12:00AM |
| 03/01 | Sun | 03:00PM | 07:00PM |
| 03/01 | Sun | 07:30PM | 11:00PM |
| 03/01 | Sun | 07:30PM | 11:00PM |
| 03/02 | Mon | 03:00PM | 07:00PM |
| 03/02 | Mon | 07:30PM | 11:00PM |
| 03/02 | Mon | 07:30PM | 11:01PM |
| 03/02 | Mon | 11:00PM | 11:01PM |
| 03/04 | Wed | 03:07PM | 07:07PM |
| 03/04 | Wed | 07:37PM | 11:00PM |
| 03/04 | Wed | 07:37PM | 11:00PM |
| 03/05 | Thu | 03:04PM | 07:04PM |
| 03/05 | Thu | 07:34PM | 11:00PM |
| 03/05 | Thu | 07:34PM | 07:02PM |
| 03/06 | Fri | 03:02PM | 11:00PM |
| 03/06 | Fri | 07:32PM | 11:00PM |
| 03/06 | Fri | 07:32PM | 06:59PM |
| 03/09 | Mon | 02:59PM | 06:59PM |
| 03/09 | Mon | 03:00PM | 11:00PM |
| 03/09 | Mon | 07:29PM | 11:01PM |
| 03/09 | Mon | 07:29PM | 11:01PM |
| 03/09 | Mon | 11:00PM | 07:01PM |
| 03/10 | Tue | 03:01PM | 07:31PM |
| 03/10 | Tue | 07:31PM | 11:01PM |
| 03/10 | Tue | 07:31PM | 11:01PM |
| 03/10 | Tue | 11:00PM | 07:01PM |
| 03/11 | Wed | 03:01PM | 11:00PM |
| 03/11 | Wed | 07:31PM | 11:02PM |
| 03/11 | Wed | 07:31PM | 11:02PM |
| 03/11 | Wed | 11:00PM | 07:00PM |
| 03/14 | Sat | 03:00PM | 11:00PM |
| 03/14 | Sat | 07:30PM | 11:00PM |
| 03/14 | Sat | 07:30PM | |

**Fairview Rehab and Care Center**
184 Bethlehem Pike
Phlidelphia, PA 19118

| | |
|---|---|
| **Voucher Date** | 04/03/2026 |
| **Voucher Number** | 1456 |

***** This is not a check *****

**Direct Deposit Amount**     $ ******1267.78

4151FA 600529 1456 4

Pay to
the order of:

**Twanda Allen**
214 E Cheltenham Ave
Philadelphia, PA 19120

---

**Fairview Rehab and Care Center**
184 Bethlehem Pike
Phlidelphia, PA 19118

Twanda Allen

| | | | |
|---|---|---|---|
| Employee Id | 600529 | Voucher Number: | 1456 |
| | | Check Date | 04/03/2026 |
| Hire Date | 07/15/2021 | Period Begin | 03/15/2026 |
| Employee Status | A | Period End | 03/28/2026 |

### Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Health Reimbursement | 75.14 | 1.00 | 75.14 | 209.86 |
| Regular Pay | 75.14 | 18.45 | 1,386.37 | 6,353.36 |
| SDEVE 3p11p | 74.81 | 2.00 | 149.62 | 686.44 |
| SDNGT11p-7pm | 0.20 | 1.50 | 0.31 | 1.08 |
| SD_UN_WKND | 0.07 | 0.35 | 0.02 | 0.08 |
| | 225.36 | | 1,611.46 | 7,250.82 |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income Tax | S-0 | 1,611.46 | 109.53 | 414.32 |
| Social Security | | 1,611.46 | 99.91 | 449.55 |
| Medicare | | 1,611.46 | 23.37 | 105.14 |
| Pennsylvania SITW | S-0 | 1,611.46 | 49.47 | 222.59 |
| PA SUI - EE | | 1,611.46 | 1.13 | 5.08 |
| Philadelphia C. (Philade | | 1,611.46 | 60.27 | 271.18 |
| | | | 343.68 | 1,467.86 |

### Other Info

| Direct Deposits | | Amount |
|---|---|---|
| PNCBANK, NATIONAL AS | ****8564 | 1,267 78 |
| | | 1,267.78 |

| Time Off Balances | Balance |
|---|---|
| Union PTO | 9.35 |
| Vacation | 13.82 |

### Statement Summary

| | |
|---|---|
| Gross Pay | 1,611.46 |
| Federal Taxes | -232.81 |
| State and Local Taxes | -110.87 |
| Other Deductions | 0.00 |
| Net Pay | 1,267.78 |
| Direct Deposits | 1,267.78 |
| Net Check | 0.00 |

| Punches | Day | In | Out |
|---|---|---|---|
| 03 15 | Sun | 12:00AM | 12:00AM |
| 03/15 | Sun | 03:00PM | 07:00PM |
| 03 15 | Sun | 07:30PM | 11:00PM |
| 03 15 | Sun | 07:30PM | 11:00PM |
| 03 16 | Mon | 03:01PM | 07:01PM |
| 03 16 | Mon | 07:31PM | 11:00PM |
| 03'16 | Mon | 07:31PM | 11:02PM |
| 03 16 | Mon | 11:02PM | 11:02PM |
| 03 18 | Wed | 03:02PM | 07:02PM |
| 03 18 | Wed | 07:32PM | 11:00PM |
| 03 18 | Wed | 07:32PM | 11:09PM |
| 03 18 | Wed | 11:00PM | 11:09PM |
| 03 19 | Thu | 03:00PM | 07:00PM |
| 03 19 | Thu | 07:30PM | 11:00PM |
| 03/19 | Thu | 07:30PM | 11:00PM |
| 03/20 | Fri | 02:58PM | 06:58PM |
| 03/20 | Fri | 03:00PM | 06:58PM |
| 03/20 | Fri | 07:28PM | 10:58PM |
| 03/23 | Mon | 02:59PM | 06:59PM |
| 03 23 | Mon | 03:00PM | 06:59PM |
| 03 23 | Mon | 07:29PM | 10:59PM |
| 03/24 | Tue | 03:00PM | 07:00PM |
| 03 24 | Tue | 07:30PM | 11:00PM |
| 03 25 | Wed | 03:01PM | 07:01PM |
| 03 25 | Wed | 07:31PM | 11:00PM |
| 03 25 | Wed | 07:31PM | 11:01PM |
| 03 25 | Wed | 11:00PM | 11:01PM |
| 03 26 | Thu | 03:00PM | 07:00PM |
| 03 26 | Thu | 07:30PM | 11:00PM |
| 03 26 | Thu | 07:30PM | 11:00PM |
| 03 28 | Sat | 02:56PM | 03:00PM |
| 03 28 | Sat | 02:56PM | 06:56PM |
| 03 28 | Sat | 03:00PM | 06:56PM |
| 03 28 | Sat | 07:26PM | 10:56PM |

**Fairview Rehab and Care Center**
184 Bethlehem Pike
Philidelphia, PA 19118

| Voucher Date | Voucher Number |
|---|---|
| 04/17/2026 | 1550 |

***** This is not a check *****

Direct Deposit Amount          $ *******990.78

4151FA 600529 1550 3

Pay to
the order of:    **Twanda Allen**
214 E Cheltenham Ave
Philadelphia, PA 19120

---

**Fairview Rehab and Care Center**
184 Bethlehem Pike
Philidelphia, PA 19118

Twanda Allen

Voucher Number: 1550

| | | | |
|---|---|---|---|
| Employee Id | 600529 | Check Date | 04/17/2026 |
| Hire Date | 07/15/2021 | Period Begin | 03/29/2026 |
| Employee Status | A | Period End | 04/11/2026 |

### Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Health Reimbursement | 57.55 | 1.00 | 57.55 | 267.41 |
| Regular Pay | 57.55 | 18.45 | 1,061.81 | 7,415.17 |
| SDEVE 3p11p | 57.46 | 2.00 | 114.92 | 801.36 |
| SDNGT11p-7pm | 0.10 | 1.50 | 0.16 | 1.24 |
| SD_UN_WKND | | | 0.00 | 0.08 |
| | 172.66 | | 1,234.44 | 8,485.26 |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income Tax | S-0 | 1,234.44 | 64.29 | 478.61 |
| Social Security | | 1,234.44 | 76.54 | 526.09 |
| Medicare | | 1,234.44 | 17.90 | 123.04 |
| Pennsylvania SITW | S-0 | 1,234.44 | 37.90 | 260.49 |
| PA SUI - EE | | 1,234.44 | 0.86 | 5.94 |
| Philadelphia C. (Philade | | 1,234.44 | 46.17 | 317.35 |
| | | | 243.66 | 1,711.52 |

### Other Info

| Direct Deposits | | Amount |
|---|---|---|
| PNCBANK, NATIONAL AS | ****8564 | 990.78 |
| | | 990.78 |

| Time Off Balances | Balance |
|---|---|
| Union PTO | 10.90 |
| Vacation | 16.03 |

### Statement Summary

| | |
|---|---|
| Gross Pay | 1,234.44 |
| Federal Taxes | -158.73 |
| State and Local Taxes | -84.93 |
| Other Deductions | 0.00 |
| Net Pay | 990.78 |
| Direct Deposits | 990.78 |
| Net Check | 0.00 |

| Punches | Day | In | Out |
|---|---|---|---|
| 03/29 | Sun | 03:07PM | 07:07PM |
| 03/29 | Sun | 07:37PM | 11:00PM |
| 03/29 | Sun | 07:37PM | 11:00PM |
| 03/30 | Mon | 03:00PM | 07:00PM |
| 03/30 | Mon | 07:30PM | 11:00PM |
| 03/30 | Mon | 07:30PM | 11:00PM |
| 04/01 | Wed | 12:00AM | 12:00AM |
| 04/01 | Wed | 03:05PM | 07:05PM |
| 04/01 | Wed | 07:35PM | 11:00PM |
| 04/01 | Wed | 07:35PM | 11:00PM |
| 04/02 | Thu | 03:07PM | 07:07PM |
| 04/02 | Thu | 07:37PM | 09:11PM |
| 04/06 | Mon | 03:05PM | 07:05PM |
| 04/06 | Mon | 07:35PM | 11:00PM |
| 04/06 | Mon | 07:35PM | 11:04PM |
| 04/06 | Mon | 11:00PM | 11:04PM |
| 04/07 | Tue | 03:08PM | 07:08PM |
| 04/07 | Tue | 07:38PM | 11:00PM |
| 04/07 | Tue | 07:38PM | 11:02PM |
| 04/07 | Tue | 11:00PM | 11:02PM |
| 04/08 | Wed | 03:09PM | 07:09PM |
| 04/08 | Wed | 07:39PM | 11:00PM |
| 04/08 | Wed | 07:39PM | 11:00PM |
| 04/09 | Thu | 03:03PM | 07:03PM |
| 04/09 | Thu | 07:33PM | 11:00PM |
| 04/09 | Thu | 07:33PM | 11:00PM |