**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      TWANDA ALLEN                 : Bankruptcy No. 26-11490
                                         :
                                         :
            DEBTOR                       :    Chapter 13

## CERTIFICATION OF SERVICE

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

· Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 6/24/26            /Zachary Perlick/
                         Zachary Perlick, Esquire
                         1420 Walnut Street, Suite 718
                         Philadelphia, PA  19102
                         (215) 569-2922
                         zack@zacharyperlicklaw.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

MATTHEW K. FISSEL
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
bkgroup@kmllawgroup.com
Creditor

Via: X CM/ECF ____1st Class Mail __Certified Mail _____e-mail:_____ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF ____1st Class Mail __Certified Mail _____e-mail:_____ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF ____1st Class Mail __Certified Mail _____e-mail:_____ Other:

Twanda R. Allen
214 E. Cheltenham Avenue
Philadelphia, PA 19120
Debtor

Via: __CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ Other:

All creditors listed on attached page

Via: __CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ Other:

**AmeriCredit Financial Services, Inc.**
dba GM Financial                             (15143450)
P O Box 183853                               (ntcapr)
Arlington, TX 76096

**AmeriCredit Financial Services, Inc. dba GM Financ**   (15129760)
P O Box 183853                               (cr)
Arlington, TX 76096

**Capital One, N.A.**                        (15131196)
4515 N Santa Fe Ave                          (cr)
Oklahoma City, OK 73118

**Capital One,N.A.**
c/o Christopher D. Penco, Esquire            (15127164)
900 Northbrook Drive Suite 102               (cr)
Feasterville Trevose, PA 19053

**Citibank N.A.**
Citibank, N.A.                               (15149871)
5800 S Corporate Pl                          (cr)
Sioux Falls, SD 57108-5027

**Citibank/Sunoco**                          (15127165)
5800 S. Corporate Blvd.                      (cr)
Sioux Falls, SD 57108

**Discover Bank**                            (15127166)
6500 New Albany Road                         (cr)
New Albany, OH 43054

**GM Financial**                             (15127167)
POB 183593                                   (cr)
Arlington, TX 76096

**Greg L.Morris, Esquire**
2400 Ansys Drive                             (15127168)
Suite 402B                                   (cr)
Canonsburg, PA 15317

**Lakeview Loan Servicing**                  (15127169)
POB 8068                                     (cr)
Virginia Beach, VA 23450

**Lakeview Loan Servicing LLC**
C/O KML Law Group                            (15129863)
701 Market Street Suite 5000                 (ntcapr)
Philadelphia, PA. 19106

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(15129650)
(cr)

**M&T Bank**
P.O. Box 840
Buffalo, NY 14240-0840

(15153898)
(cr)

**Macy's**
Bankrptcy Dept.
9111 Duke Blvd.
Mason, OH 45040

(15127170)
(cr)

**Merrick Bank**
POB 660702
Dallas, TX 75266

(15127171)
(cr)

**MERRICK BANK**
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(15136426)
(cr)

**Midland Credit Management, Inc.**
PO Box 2037
Warren, MI 48090

(15144494)
(cr)

**TD Bank USA, N.A.**
c/o Weinstein & Riley, P.S.
749 Gateway
Suite G-601
Abilene, TX 79602

(15127172)
(cr)

**TD Bank USA, N.A.**
c/o Weinstein & Riley, P.S.
749 Gateway
Suite G-601
Abilene, TX 79602

(15146315)
(cr)

**Capital One,N.A.**
c/o Christopher D. Penco, Esquire    (15127164)
900 Northbrook Drive Suite 102      (cr)
Feasterville Trevose, PA 19053

**Citibank/Sunoco**
5800 S. Corporate Blvd.             (15127165)
Sioux Falls, SD 57108               (cr)

**Discover Bank**
6500 New Albany Road                (15127166)
New Albany, OH 43054                (cr)

**GM Financial**
POB 183593                          (15127167)
Arlington, TX 76096                 (cr)

**Greg L.Morris, Esquire**
2400 Ansys Drive                    (15127168)
Suite 402B                          (cr)
Canonsburg, PA 15317

**Lakeview Loan Servicing**
POB 8068                            (15127169)
Virginia Beach, VA 23450            (cr)

**Macy's**
Bankrptcy Dept.                     (15127170)
9111 Duke Blvd.                     (cr)
Mason, OH 45040

**Merrick Bank**
POB 660702                          (15127171)
Dallas, TX 75266                    (cr)

**TD Bank/Target Credit**
7000 Target Parkway North           (15127172)
7MS-NCB-0464                        (cr)
Saint Paul, MN 55145