United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11490-djb
Twanda R. Allen Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Sep 10, 2026 Form ID: 155 Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Twanda R. Allen, 214 E. Cheltenham Avenue, Philadelphia, PA 19120-1012 |
| 15127164 | + | Capital One,N.A., c/o Christopher D. Penco, Esquire, 900 Northbrook Drive Suite 102, Feasterville Trevose, PA 19053-8432 |
| 15127168 | + | Greg L.Morris, Esquire, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15143450 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 11 2026 02:39:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15129760 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 11 2026 02:39:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15131196 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 11 2026 02:44:26 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15149871 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2026 02:44:32 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15127165 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2026 02:44:33 | Citibank/Sunoco, 5800 S. Corporate Blvd., Sioux Falls, SD 57108-5027 |
| 15127166 | | Email/Text: mrdiscen@discover.com | Sep 11 2026 02:38:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 15127170 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2026 02:44:32 | Macy's, Bankrptcy Dept., 9111 Duke Blvd., Mason, OH 45040 |
| 15127167 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 11 2026 02:39:00 | GM Financial, POB 183593, Arlington, TX 76096-3593 |
| 15129650 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2026 02:44:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15127169 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 11 2026 02:39:00 | Lakeview Loan Servicing, POB 8068, Virginia Beach, VA 23450-8068 |
| 15129863 | ^ | MEBN | Sep 11 2026 02:33:19 | Lakeview Loan Servicing LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15153898 | | Email/Text: camanagement@mtb.com | Sep 11 2026 02:39:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15136426 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 11 2026 02:44:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15127171 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 11 2026 02:44:30 | Merrick Bank, POB 660702, Dallas, TX |

| | | | |
|---|---|---|---|
| | | | 75266-0702 |
| 15144494 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 11 2026 02:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15127172 | Email/Text: bncmail@w-legal.com | Sep 11 2026 02:39:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15146315 | *P++ | TD BANK USA N A, C/O WEINSTEIN & RILEY P S, 749 GATEWAY STE G601, ABILENE TX 79602-1196, address filed with court:, TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Twanda R. Allen Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Twanda R. Allen | ) | Case No. 26−11490−djb |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 10, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court